**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sarah Booker Gladmon** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF GEORGIA |
| Case number | 18-10744 |
| (if known) | |

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Deutsche Bank National Trust Co, Trustee** | Describe the property that secures the claim: | **$8,752.14** | **$2,164.00** | **$6,588.14** |

Creditor's Name

c/o Franklin Credit Management Corp.
PO Box 2301
Jersey City, NJ
07303-2301

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

110 Recreation Drive Washington, GA 30673

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **First Mortgage**

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____   Last 4 digits of account number _____

| | | | | |
|---|---|---|---|---|
| **2.2** **Franklin Credit Management Corporation** | Describe the property that secures the claim: | **$10,438.78** | **$2,164.00** | **$10,438.78** |

Creditor's Name

c/o Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Norcross, GA 30071

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

110 Recreation Drive Washington, GA 30673

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Second Mortgage**

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Debtor 1  **Sarah Booker Gladmon**                                    Case number (if know)   **18-10744**
     First Name       Middle Name       Last Name

**Date debt was incurred** _____  **Last 4 digits of account number** _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$19,190.92** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$19,190.92** |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sarah Booker Gladmon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF GEORGIA |
| Case number | **18-10744** |
| (if known) | |

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Sarah Booker Gladmon**                    X _____
**Sarah Booker Gladmon**                              Signature of Debtor 2
Signature of Debtor 1

Date **August 28, 2018**                              Date _____

UNITED STATES BANKRUPTCY COURT
Southern District of Georgia
Augusta Division

In re:

Sarah Booker Gladmon,

*Debtor.*

Case: 18-10744-SDB

Chapter: 13

Judge Susan D. Barrett

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that copies of the foregoing were served on August 28, 2018, by CM/ECF electronic notice, on the following:

Huon Le
Office of the Chapter 13 Trustee
notices@chp13aug.org

and that copies of the foregoing along with *Notice of Chapter 13 Bankruptcy Case* and *Chapter 13 Plan and Motion* were served on August 28, 2018 by placing copies of the same for collection and mailing on August 28, 2018, first-class postage prepaid, on the following:

Deutsche Bank National Trust Co, Trustee
Attn: Officer/Agent
c/o Franklin Credit Management Corp.
PO Box 2301
Jersey City, NJ07303-2301

Franklin Credit Management Corporation
Attn: Officer/Agent
c/o Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Norcross, GA30071

Respectfully submitted on August 28, 2018.

/s/ *Matthew James Duncan*
Matthew James Duncan (GA Bar #: 143397)
2602 Commons Blvd., Ste. A, Augusta, GA 30909
P: 706-755-2928 | F: 706-664-0407
office@matthewjamesduncan.com